**Order entered September 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01411-CV

### SIMEON COKER, Appellant

### V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15478**

## ORDER

Appellant's brief is overdue. It was first due May 17, 2019. When it had not been filed by May 21, 2019, we directed appellant to file the brief and an extension motion within ten days. Appellant filed only an extension motion, which we granted to the extent we ordered the brief be filed no later than July 18, 2019.

On July 9, 2019, appellant sought a second extension. We again granted the motion, ordering the brief be filed by August 31, 2019 and cautioning that failure to comply could result in the appeal being dismissed without further notice. By motion filed September 3, 2019, appellant now seeks a third extension.

We **GRANT** the motion to the extent we **ORDER** appellant's brief be filed no later than September 20, 2019.  We caution appellant that the appeal will be dismissed without further notice should the brief not be filed.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE